UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NORTHEAST CARPENTERS HEALTH, PENSION, ANNUITY, APPRENTICESHIP, and LABOR MANAGEMENT COOPERATION FUNDS,

                              Petitioners,

-against-

PRECISION ENTERPRISE OF NY INC.,

                              Respondent.

20 CV 5624 (DRH) (ST)

---

## CERTIFICATE

I, Douglas C. Palmer, Clerk of the United States District Court for the Eastern District of New York, do hereby that the docket entries in the above-entitled action indicate that the Petition, Memorandum of Law in Support, and exhibits in this action were served on Respondent Precision Enterprise of NY Inc., on November 23, 2020.

I further certify that the docket entries indicate that Respondent Precision Enterprise of NY Inc. has not filed a Response or otherwise moved with respect to the Petition herein. The default of Respondent Precision Enterprise of NY Inc. is hereby noted, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Central Islip, New York

      _April 29_____, 2021

                                              DOUGLAS C. PALMER, Clerk of Court

                                By:    _/s/ James J. Toritto_____
                                                  Deputy Clerk