**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TRUSTEES OF THE NORTHEAST
CARPENTERS HEALTH, PENSION, ANNUITY,
APPRENTICESHIP, and LABOR-MANAGEMENT
COOPERATION FUNDS,

                                                                         **JUDGMENT**
                    Petitioners,                      CV 20-5624 (DRH)(ST)

   - against -

PRECISION ENTERPRISE OF NY, INC.,

                   Respondent.
-------------------------------------------------------------X

      A Memorandum and Order of Honorable Denis R. Hurley, United States District Judge, having been filed on May 10, 2021, granting the petition to confirm the arbitration award in the amount of $167,722.06 (consisting of the principal sum of delinquent contributions in the amount of $100,607.43, interest thereon of $34,204.39, liquidated damages of $20,121.49, audit costs of $11,038.75, attorneys' fees of $950, and the arbitrator's fee of $800); further awarding Petitioners attorney's fees in the amount of $1,757.50, costs in the amount of $400, and post-judgment interest pursuant to 28 U.S.C. § 1961; and directing the Clerk of Court to enter judgment accordingly and close this case, it is

      **ORDERED AND ADJUDGED** that the petition to confirm the arbitration award is granted; that judgment is entered in favor of Petitioners Trustees of the Northeast Carpenters Health, Pension, Annuity, Apprenticeship, and Labor-Management Cooperation Funds and against Respondent Precision Enterprise of NY, Inc., in the amount of $169,879.56, plus post-judgment interest pursuant to 28 U.S.C. § 1961; and that this case is closed.

Dated: May 12, 2021
      Central Islip, New York

                                        DOUGLAS C. PALMER
                                        CLERK OF THE COURT
                              By:    /s/ James J. Toritto
                                        Deputy Clerk